JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| William Longaker | Hart to Hart LLC |

**(b)** County of Residence of First Listed Plaintiff  Delaware
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Wake
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Lawrence S Rubin, Esq
337 W State St
Media PA 19063

Attorneys *(If Known)*
unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☒ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S. Code §1332

Brief description of cause:
action on a negotiable instrument

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
475,692.94

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE
02/19/2019

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

## OFFICE OF THE CLERK OF COURT

## Rule 5.1.2 of the Local Rules of Civil Procedure
## Electronic Case Filing

## <u>VALIDATION OF SIGNATURE FORM</u>

Pursuant to Rule 5.1.2, Electronic Case Filing, all attorneys who have been excused from registering as an ECF Filing User, as defined in the ECF Procedures set forth in Rule 5.1.2, are required to complete this *Validation of Signature* form validating his or her signature for submission of filings on disk in portable document format (PDF), so that the filings may be entered into the District Court's ECF system. The document on disk must be accompanied by a courtesy copy of the document in paper format for use by the court. Attorneys who complete this form will receive a signature code which must be used by the attorney on the signature line of all courtesy copies submitted with a disk. The document as submitted on the disk will constitute the original document under Section 3 of Local Civil Rule 5.1.2.

*(Please Print or Type)*

First Name: **Lawrence**  Middle Initial/Name: **S**

Last Name: **Rubin**  Generation (i.e., Sr., Jr.): _____

Firm: **Lawrence S Rubin, Atty**  Bar Id No. and State: **PAID27195**

Address: **337 W State St**

Address: _____

City: **Media**  State: **PA**  Zip: **19063**

Telephone No.: ( ) **(610) 565-6660**  Fax No.: ( ) **(610) 565-1912**

Email Address: **Lrubin@pennlawyer.com**

Are you admitted to practice in the Eastern District of Pennsylvania? ☑ Yes ☐ No

If yes, are you a member in good standing? ☑ Yes ☐ No

Are you admitted to practice pro hac vice in the Eastern District of Pennsylvania?
☐ Yes ☑ No

(rev. 8/2016)

Are you registered as an ECF Filing User in the Eastern District of Pennsylvania?

☑ Yes   ☐ No

If no, would you like to also register as an ECF Filing User in the Eastern District of Pennsylvania?

☐ Yes   ☐ No

Case Number(s) or MDL Number(s) at the Eastern District of Pennsylvania: _/9 cv 70Ƴ_

**By submitting this registration form, the undersigned agrees/consents to the following:**

1.  I have read and understood the provisions of Rule 5.1.2 of the Local Rules of Civil Procedure, Electronic Case Filing, and the court's *ECF Procedures* set forth in Rule 5.1.2, and I agree to abide by all provisions set forth therein.

2.  I agree that this form constitutes my signature for filings which must be submitted on disk in portable document format (PDF), as required by Section 3 of Rule 5.1.2, *Electronic Case Filing*. I understand that I will be provided with a signature code which I must use on the signature line of all courtesy copies submitted with a disk. I have read and understood the provisions of Rule 11 of the Federal Rules of Civil Procedure, and I agree that my signature code used on the signature line of all courtesy copies submitted with a disk will serve as my signature for purposes of Rule 11. I further understand that the document as submitted on the disk will constitute the original document under Section 3 of Local Civil Rule 5.1.2.

3.  I understand and agree that service of process will be made in accordance with those provisions set forth in Rule 5 of the Federal Rules of Civil Procedure.

*I hereby certify that the above information is true and correct and that I am a member in good standing of the United States District Court for the Eastern District of Pennsylvania.*

_____          02/19/2019
            *Signature*                              *Date*

Please return completed form via U.S. Mail to:   Clerk of Court
U. S. District Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 105 Beatty Rd, Media, PA 19063 _____

Address of Defendant: _____ 821 Manchester Dr, Raleigh NC 27609 _____

Place of Accident, Incident or Transaction: _____ 105 Beatty Rd, Media, PA 19063 _____

---

***RELATED CASE, IF ANY:***

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☐

I certify that, to my knowledge, the within case ☐ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____        _____        _____
                    *Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

*A.*    ***Federal Question Cases:***

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
*(Please specify):* _____

*B.*    ***Diversity Jurisdiction Cases:***

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☑ 9. All other Diversity Cases
*(Please specify):* _____ negotiable instrument _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____ Lawrence Rubin _____, counsel of record *or* pro se plaintiff, do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: 02/19/2019        _____        27195
                    *Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

|  |  |  |
|---|---|---|
| William Longaker | : | CIVIL ACTION |
| v. | : |  |
|  | : |  |
|  | : | NO. *19-cv-704* |
| Hart to Hart LLC | : |  |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.          ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.          ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.          ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)          ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.      (x)

| 2/19/2019 | Lawrence S Rubin | plaintiff |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 610-565-6660 | 610-565-1912 | lrubin@pennlawyer.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

## Civil Justice Expense and Delay Reduction Plan
### Section 1:03 - Assignment to a Management Track

(a)        The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)        In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management. In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)        The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)        Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)        Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

## SPECIAL MANAGEMENT CASE ASSIGNMENTS
### (See §1.02 (e) Management Track Definitions of the
### Civil Justice Expense and Delay Reduction Plan)

Special Management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation. The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985. This term is intended to include cases that present unusual problems and require extraordinary treatment. See §0.1 of the first manual. Cases may require special or intense management by the court due to one or more of the following factors: (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition. It may include two or more related cases. Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues. See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.

In the United States District Court
for the Eastern District of Pennsylvania

William Longaker                                    : No. 2:19-cv-704

        v.                                                  :

Hart to Hart LLC                                   :

<u>Complaint</u>

<u>Jurisdiction</u>

1. This court has subject matter jurisdiction pursuant to 28 U.S. Code §1332, the parties being citizens of different states with an amount in controversy in excess of $75,000 without regard to setoff or counterclaim, and exclusive of interest and costs.

<u>Venue</u>

2. All loans requested herein were negotiated in Media, Delaware County, Pennsylvania.

<u>The Parties</u>

3. Plaintiff is William Longaker, an adult individual, a citizen of Pennsylvania.

4. Defendant is Hart to Hart LLC, an North Carolina limited liability company whose principal place of business is 821 Manchester Drive, Raleigh NC 27609.

<u>Count I</u>

5. On or about November 15, 2016, defendant borrowed $100,000 from plaintiff, and to evidence the debt, signed a note attached hereto as Exhibit "A", being in the total amount, principal and interest, of $150,000, said note being due March 15, 2017.

6. Defendant defaulted on its payment on March 15, 2017.

7. On or about March 19, 2018 defendant signed a modification of the above note attached hereto as Exhibit "B" calling for one payment in the amount of $160,000 due on July 1, 2018.

8. Defendant defaulted on its payment on March 19, 2018.

9. On August 13, 2018, defendant signed a second modification of the above notes, attached hereto as Exhibit "C"  calling for a single payment of $165,333 due on November

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
t: 610.565.6660
f: 610.565.1912
lrubin@pennlawyer.com

1, 2018.

10. Defendant again defaulted on its payment on November 1, 2018.

11. Despite repeated demands, no money has been repaid on either the note or the modifications thereon.

12. The notes and modifications had an interest rate of 10% per annum.

13. As of the date of this complaint, defendant owes $5,511.10 in interest.

14. Plaintiff requests that any judgment include interest at the rate of 10% per annum, compounded monthly.

Count II

15. On or about May 15, 2016, defendant borrowed $150,000 from plaintiff, and to evidence the debt, signed a note attached hereto as Exhibit "D", said note being due May 15, 2017 in the amount of $165,000.

16. Defendant defaulted on its payment on May 15, 2017.

17. On or about March 19, 2018 defendant signed a modification of the above note attached hereto as Exhibit "E" calling for one payment in the amount of $180,000 due on July 1, 2018 with 10% interest after the said date.

18. Defendant again defaulted on July 1, 2018, by failing to make the required payment.

19. On August 3, 2018, defendant signed a second modification of the above notes, attached hereto as Exhibit "F"  calling for a single payment of $185,999 due on November 1, 2018 with 10% interest.

20. Defendant again defaulted on its payment on November 1, 2018.

21. Despite repeated demands, no money has been repaid on either the note or the modifications thereon.

22. As of the date of this complaint, defendant owes $6,199.97 in interest.

23. Plaintiff requests that any judgment include interest at the rate of 10% per annum, compounded monthly.

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
t: 610.565.6660
f: 610.565.1912
lrubin@pennlawyer.com

Count III

24. On or about April 15, 2016, was paid $87,450 to be repaid on April 15, 2017 in the amount of $96,500, which was an agreed total repayment sum.

25. Defendant signed the note attached, Exhibit "G", the original of which is missing.

26. On or about March 8, 2018 defendant signed a modification which acted as a ratification of the above note attached hereto as Exhibit "H" calling for one balloon payment in the amount of $105,500 due on July 1, 2018 with 10% interest after the said date.

27. On August 3, 2018, defendant signed a second modification of the above notes, attached hereto as Exhibit "I" calling for a single balloon payment of $109,016 due on November 1, 2018 with 10% interest.

28. Defendant again defaulted on its payment on November 1, 2018.

29. Despite repeated demands, no money has been repaid on either the note or the modifications thereon.

30. As of the date of this complaint, defendant owes $3,633.87 in interest.

31. Plaintiff requests that any judgment include interest at the rate of 10% per annum, compounded monthly.

WHEREFORE, plaintiff demands judgment against defendant, in the amount of $475,692.94 plus prejudgment interest at the rate of 10% as well as post-judgment interest at the same rate, and costs and for such other relief as the court finds is just and proper.

_____
Lawrence S. Rubin, Atty
Attorney for plaintiff
Pa.I.D. #27195
337 West State Street
Media, PA 19063
Phone No: (610) 565-6660
Fax No: (610) 565-1912

Dated: February 19, 2019

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
t: 610.565.6660
f: 610.565.1912
lrubin@pennlawyer.com

# Promissory Note

Principle Sum of U.S. $100.000.00 Due 4 months from date of this note.

FOR VALUE RECEIVED, the undersigned, HART TO HART LLC (THE BORROWER) hereby acknowledges itself indebted to Equity Trust Company Custodian FBO William Longaker IRS (the lender) and promises to pay to the order at 340 Media Station Road C-207, Media PA 19063 or as otherwise directed in writing by the lender the principal sum of $100.000.00 with interest.

The principle sum and interest thereon shall be due and payable in a 1 payment of the principle and interest in the sum of $150.000.00 on the 15th March 2017.

In the event of default on payment or any amount of the principle or interest under the promissory note the entire remaining principle sum and interest accrued shall, at the option of the Lender, become immediately due and payable without notice or demand.

This Borrower may prepay all or part of the principal without penalty.

The Lender may assign all of its right, title and interest n, to and under the promissory note. All payments required to be made hereunder shall be made by the Borrower without the right of set off or counterclaim.

Dated: November 15th, 2016

BORROWER

Hart to Hart LLC

Douglas Crawley (Director)

WITNESS

Nicole Latham

Exhibit "A"

 **EQUITY**

NOTE MODIFICATION FORM

## 1  ACCOUNT HOLDER INFORMATION

ACCOUNT HOLDER NAME
WILLIAM F. LONGAKER

ACCOUNT NUMBER
200340465

BORROWER
HART TO HART LLC

IRN
S00017346

## 2  NEW NOTE INFORMATION

INTEREST RATE
10%

PAYMENT FREQUENCY
1 payment

NUMBER OF PAYMENTS
1 payment @ maturity

PAYMENT AMOUNT $
160,000

NEW PAYMENT EFFECTIVE DATE
7-1-2018

MATURITY DATE
7-1-2018

BALLOON PAYMENT $
160,000 USD

CURRENT VALUE $
150,000

## 3  SIGNATURE

x _____
Signature of Account Owner

3-19-18
Date

x _____
Signature of Borrower

MARCH 19, 2018
Date

Dou G CRAWLEY
HART TO HART LLC.

P.O. BOX 451340 • WESTLAKE, OH 44145 • PHONE: (877) 693-8208 • FAX: 440/366-3852 • WWW.TRUSTETC.COM • EMAIL: HELP@TRUSTETC.COM

EQUITY TRUST COMPANY. CL23-F. REV 12-17

Exhibit "B"



**EQUITY TRUST COMPANY®**

# NOTE MODIFICATION FORM

| **1    ACCOUNT HOLDER INFORMATION** | |
|---|---|
| ACCOUNT HOLDER NAME<br>William F. Longaker | ACCOUNT NUMBER<br>200340465 |
| BORROWER<br>Hart to Hart LLC | IRN<br>S00017346 |

| **2    NEW NOTE INFORMATION** | |
|---|---|
| INTEREST RATE<br>10% per year | PAYMENT FREQUENCY<br>1 payment |
| NUMBER OF PAYMENTS<br>1 @ maturity | PAYMENT AMOUNT<br>165333.00 |
| NEW PAYMENT EFFECTIVE DATE<br>11/01/18 | MATURITY DATE<br>11/01/18 |
| BALLOON PAYMENT<br>165333.00 | CURRENT VALUE<br>160000.00 |

| **3    SIGNATURE** | | | |
|---|---|---|---|
| x _William F. Longaker_<br>Signature of Account Owner | 8/3/18<br>Date | x _(signature)_<br>Signature of Borrower | 08/01/18<br>Date |

P.O. BOX 451340 • WESTLAKE, OH 44145 • PHONE: (877) 693-8208 • FAX: (440) 366-3752 • WWW.TRUSTETC.COM • EMAIL: HELP@TRUSTETC.COM

EQUITY TRUST COMPANY, CL231F, REV 12/11/13

Exhibit "C"

# Promissory Note

Principle Sum of U.S. $150.000.00 Due 12 months from the date of this note.

FOR VALUE RECEIVED, the undersigned, HART TO HART LLC (THE BORROWER) hereby acknowledges itself indebted to Equity Trust Company Custodian FBO William Longaker IRA (the "Lender") and promises to pay to the order at 340 Media Station Road C-207, Media PA 19063 or as otherwise directed in writing by the lender the Principal sum of $150.000.00 with interest. Thereon at the rate of 10% per annum, not in advance, both before and after demand, maturity, default and judgment until paid.

The principle sum and interest thereon shall be due and payable in 1 payment of the blended principle and interest in the amount of $165.000.00 on the 15th May 2017, with a balance of the principle, if any, payable on the date of final payment.

In the event of default on payment or any amount of the principle or interest under this promissory note the entire remaining principle sum and interest accrued shall, at the option of the Lender, become immediately due and payable without notice or demand.

This borrower may prepay all or any part of the principal without penalty.

The Lender may assign all if its right, title and interest in, to and under the promissory note. All payments required to be made hereunder shall be made by the borrower without and right of set off or counterclaim.

DATED: May 15th, 2016

BORROWER

Hart to Hart LLC

Douglas Crawley (Director)

WITNESS

Nicole Lathan

# Exhibit "D"

TRUST COMPANY

## 1   ACCOUNT HOLDER INFORMATION

| ACCOUNT HOLDER NAME | ACCOUNT NUMBER |
|---|---|
| WILLIAM F. LONGAKER | 20034065 |

| BORROWER | IRN |
|---|---|
| HART TO HART LLC | I 00000016797 |

## 2   NEW NOTE INFORMATION

| INTEREST RATE | PAYMENT FREQUENCY |
|---|---|
| 10% | 1 payment |

| NUMBER OF PAYMENTS | PAYMENT AMOUNT $ |
|---|---|
| 1 payment @ maturity | 180,000 |

| NEW PAYMENT EFFECTIVE DATE | MATURITY DATE |
|---|---|
| 7-1-2018 | 7-1-2018 |

| BALLOON PAYMENT $ | CURRENT VALUE $ |
|---|---|
| 180,000 USD | 1,657,000 |

## 3   SIGNATURE

x _W. F. Jusb_    3-19-18    x _(signature)_    March 19, 2018
Signature of Account Owner    Date    Signature of Borrower    Date

P.O. BOX 451340 • WESTLAKE, OH 44145 • PHONE: (877) 693-8208 • FAX: (440) 366-3752 • WWW.TRUSTETC.COM • EMAIL: HELP@TRUSTETC.COM

Doug Crawley
Hart to Hart llc    EQUITY TRUST COMPANY, CE231E, REV 12/11/13

Exhibit "E"



**EQUITY** TRUST COMPANY®

# NOTE MODIFICATION FORM

| 1    ACCOUNT HOLDER INFORMATION | |
|---|---|
| ACCOUNT HOLDER NAME<br>William F. Longaker | ACCOUNT NUMBER<br>200340465 |
| BORROWER<br>Hart to Hart LLC | IRN<br>I00000010797 |

| 2    NEW NOTE INFORMATION | |
|---|---|
| INTEREST RATE<br>10 % / year | PAYMENT FREQUENCY<br>1 payment |
| NUMBER OF PAYMENTS<br>1 @ maturity | PAYMENT AMOUNT<br>185999.00 |
| NEW PAYMENT EFFECTIVE DATE<br>11/01/18 | MATURITY DATE<br>11/01/18 |
| BALLOON PAYMENT<br>185999.00 | CURRENT VALUE<br>180000.00 |

| 3    SIGNATURE | | |
|---|---|---|
| x _William F. Longaker_ | 8/3/18 | x _____ 08/01/18 |
| Signature of Account Owner | Date | Signature of Borrower        Date |

P.O. BOX 451340 • WESTLAKE, OH 44145 • PHONE: (877) 693-8208 • FAX: (440) 366-3752 • WWW.TRUSTETC.COM • EMAIL: HELP@TRUSTETC.COM

EQUITY TRUST COMPANY, CL231F, REV 12/11/13

Exhibit "F"

# Promissory Note

Principle Sum of U.S. $87.450.00 Due 12 months from the date of this note.

FOR VALUE RECEIVED, the undersigned, HART TO HART LLC (THE BORROWER) hereby acknowledges itself indebted to Equity Trust Company Custodian FBO William Longaker IRA (the "Lender") and promises to pay to the order at 340 Media Station Road C-207, Media PA 19063 or as otherwise directed in writing by the lender the Principal sum of $87.450.00 with interest. Thereon at the rate of 10% per annum, not in advance, both before and after demand, maturity, default and judgment until paid.

The principle sum and interest thereon shall be due and payable in 1 payment of the blended principle and interest in the amount of $96.500.00 on the 15th April 2017, with a balance of the principle, if any, payable on the date of final payment.

In the event of default on payment or any amount of the principle or interest under this promissory note the entire remaining principle sum and interest accrued shall, at the option of the Lender, become immediately due and payable without notice or demand.

This borrower may prepay all or any part of the principal without penalty.

The Lender may assign all if its right, title and interest in, to and under the promissory note. All payments required to be made hereunder shall be made by the borrower without and right of set off or counterclaim.

DATED:

BORROWER                                                WITNESS

_____                        _____

Hart to Hart LLC

_____                        _____

Douglas Crawley (Director)                        Nicole Lathan

## Exhibit "G"

**Subject:** Re: Signed note2

**From:** Doug Crawley (dougcrawley@yahoo.ca)

**To:** ripcord@att.net;

**Date:** Thursday, March 8, 2018 11:41 AM

---

 **EQUITY** TRUST COMPANY

**NOTE MODIFICATION FORM**

### 1   ACCOUNT HOLDER INFORMATION

| ACCOUNT HOLDER NAME | ACCOUNT NUMBER |
|---|---|
| WILLIAM F. LONGAKER | 200340465 |

| BORROWER | SSN/EIN |
|---|---|
| HART TO HART LLC | I 00000009071 |

### 2   NEW NOTE INFORMATION

| INTEREST RATE | 10% | PAYMENT FREQUENCY | 1 payment |
|---|---|---|---|
| NUMBER OF PAYMENTS | 1 payment @ maturity | PAYMENT AMOUNT | 105,500 |
| NEW PAYMENT EFFECTIVE DATE | 7-1-2018 | MATURITY DATE | 7-1-2018 |
| BALLOON PAYMENT $ | 105,500 USD | CURRENT VALUE $ | 96,500 |

### 3   SIGNATURE

x _(signature)_    3-8-18          _(signature)_    3-8-18

Signature of Account Owner    Date          Signature of Borrower    Date

P.O. BOX 451340 • WESTLAKE, OH 44145 • PHONE: (877) 693-8208 • FAX: (440) 366-3752    .COM  EMAIL: HELP@TRUSTETC.COM

EQUITY TRUST COMPANY, CL231F, REV 12/11:1)

Exhibit "H"



# NOTE MODIFICATION FORM

| 1    ACCOUNT HOLDER INFORMATION | |
| --- | --- |
| ACCOUNT HOLDER NAME<br>William F. Longaker | ACCOUNT NUMBER<br>200340465 |
| BORROWER<br>Hart to Hart LLC | IRN<br>I00000009071 |

| 2    NEW NOTE INFORMATION | |
| --- | --- |
| INTEREST RATE<br>10% / year | PAYMENT FREQUENCY<br>1 payment |
| NUMBER OF PAYMENTS<br>1 @ maturity | PAYMENT AMOUNT<br>109016.00 |
| NEW PAYMENT EFFECTIVE DATE<br>11/01/18 | MATURITY DATE<br>11/01/18 |
| BALLOON PAYMENT<br>109016.00 | CURRENT VALUE<br>105500.00 |

| 3    SIGNATURE | |
| --- | --- |

x _William F. Longaker_  8/3/18        x _____ 08/01/18
Signature of Account Owner    Date    Signature of Borrower    Date

P.O. BOX 451340 • WESTLAKE, OH 44145 • PHONE: (877) 693-8208 • FAX: (440) 366-3752 • WWW.TRUSTETC.COM • EMAIL: HELP@TRUSTETC.COM

EQUITY TRUST COMPANY, CL231F, REV 12/11/13

Exhibit "I"