IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM LONGAKER, | : | |
|     Plaintiff | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 19-0704 |
| HART TO HART, LLC | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 28th day of May, 2019, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 5), it is hereby ORDERED that said Motion is DENIED.[1]

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II     J.

---

[1] Due to non-compliance with Fed. R. Civ. P. 55.