In the United States District Court
for the Eastern District of Pennsylvania

William Longaker                      : Case 2:19-cv-00704-CDJ

        v.                                            :

Hart to Hart LLC                      :

<u>Certification of Service</u>

I hereby certify service of the foregoing motion for default upon the following persons by regular mail, this December 16, 2019:

Hart to Hart, LLC.
Doug Crawley, Director
821 Manchester Dr,
Raleigh, NC 27609

                                        _____
                                        Lawrence S. Rubin, Esquire
                                        Attorney for the plaintiff
                                        337 West State Street
                                        Media, PA 19063-2615
                                        (610) 565-6660
                                        *Fax*: (610) 565-6660

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com