In the United States District Court
for the Eastern District of Pennsylvania

| | |
|---|---|
| William Longaker | : Case 2:19-cv-00704-CDJ |
| v. | : |
| Hart to Hart LLC | : |

<u>Certification of Counsel in Support of Praecipe to Enter Default</u>

1. On 2/19/2019 plaintiff filed this case.

2. On April 3, 2019, the Civil Cover Sheet, Summons, Validation of Signature Form, Case Management Track, Designation Form, and Complaints were served by handing the Alias Summons and Complaint dated 19 February 2019 to the Director of the Defendant company, Mr. Douglas Crawley at his home address in Blue Hills, Providenciales, Turks and Caicos Islands, and who is known to me. Attached hereto is a proof of service.

3. An Declaration of Service was filed with this court on November 14, 2019 indicating personal service.

4. More than 30 days have elapsed since the date of service.

5. No answer, motion or other responsive pleading has been served upon plaintiff nor the court.

6. The time limit set by the court to answer has expired.

7. Plaintiff requests the clerk to enter a default.

I hereby certify the foregoing to be true and correct under penalty of perjury.

*[signature]*

Lawrence S. Rubin, Esquire
Attorney for the debtor(s)
337 West State Street
Media, PA 19063-2615
(610) 565-6660
*Fax*: (610) 565-6660

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com