THE TURKS AND CAICOS ISLANDS

BETWEEN:

WILLIAM LONGAKER             PLAINTIFF

AND

HART TO HART LLC             DEFENDANT

## DECLARATION OF SERVICE

I, Charles STUBBS, Process Server, of Cooper Jack, Providenciales, Turks and Caicos Islands, aged 21 years and upwards **DO HEREBY MAKE OATH** and say as follows;

1. That on the 8th day of November 2019 at 0630hrs I effected service on the Defendant company herein by handing the Alias Summons and Complaint dated 19th February 2019 and which issued forth of the United States District Court for the Eastern District of Pennsylvania under Court record No. 19-cv-704 to the Director of the Defendant company Mr. Douglas Crawley at his home address in Blue Hills, Providenciales, Turks and Caicos Islands, and who is known to me.

2. I make this Declaration conscientiously believing the same to be true and by virtue of the Statutory Declarations Act 1835 (UK).

**SWORN** before me a Commissioner for Oaths
Justice of the Peace/Notary Public
at Providenciales, Turks and Caicos Islands
by the said CHARLES STUBBS
this [15th] day of [NOVEMBER], 2019

_____
Commissioner for Oaths/ Justice of the Peace/ Notary Public
In and for the Turks and Caicos Islands